UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Dr. Nail Mustafa Khanfar, Trustee for the Next of Kin of Talal Nile Khanfar, a minor, deceased, | Court File No.: 06-CV-3529-PAM |
| Plaintiff, | **ORDER** |
| v. | |
| Pulmonetic Systems, Inc., a wholly owned subsidiary of VIASYS, Healthcare, Inc., | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the foregoing stipulation that this matter is remanded to Hennepin County District Court for the State of Minnesota.


Dated: September  19 , 2006        s/Paul A. Magnuson
                                   The Honorable Paul A. Magnuson
                                   Senior Judge, District Court

#114819